IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

MAR 0 6 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ ,DEPUTY

WAYNE YOUNG MOTLEY, )
)
Plaintiff, )
)
vs. )     No. CIV-14-640-W
)
MERCK & COMPANY, INC. et al., )
)
Defendants. )

## ORDER

On December 4, 2014, counsel filed a Suggestion of Death advising the Court of the death of plaintiff Wayne Young Motley. See Doc. 63. On December 9, 2014, counsel was reminded that if substitution of the proper party for plaintiff Motley did not occur in compliance with Rule 25(a)(1), F.R.Civ.P., this "action . . . must be dismissed." Id. See Doc. 66.

Because no motion for substitution was filed within the allotted time, the Court DISMISSES this matter with prejudice.

ENTERED this _6th_ day of March, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE